FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 2 8 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**7/27/2015**                                          **COA No. 12-14-00143-CR**
**ARDRY, JOSHUA DANIEL    Tr. Ct. No. 114-0955-11**        **PD-0945-15**
On this day, this Court has granted the Appellant's Pro Se Motion to Suspend Rule
9.3(b) T.R.A.P.

                                                      Abel Acosta, Clerk

          12TH COURT OF APPEALS  CLERK
          CATHY LUSK
          1517 W. FRONT, ROOM 354
          TYLER, TX  75701
          * DELIVERED VIA E-MAIL *